IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 20 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:19cr189TSL

ANGELICA FAVIOLA SARAT-GONON           18 U.S.C. § 911
a/k/a Claudia Jannet Porras            18 U.S.C. § 1546(a)
                                       42 U.S.C. § 408

**The Grand Jury charges:**

## COUNT 1

On or about May 28, 2019, in or around Scott County, in the Northern Division of the

Southern District of Mississippi, and elsewhere, the defendant, **ANGELICA FAVIOLA SARAT-**

**GONON a/k/a Claudia Jannet Porras,** an alien in the United States, falsely and willfully

represented herself to be a citizen of the United States, in violation of Title 18, United States Code,

Section 911.

## COUNT 2

On or about June 13, 2019, in or around Scott County, in the Northern Division of the

Southern District of Mississippi, and elsewhere, the defendant, **ANGELICA FAVIOLA SARAT-**

**GONON a/k/a Claudia Jannet Porras,** an alien in the United States, falsely and willfully

represented herself to be a citizen of the United States, in violation of Title 18, United States Code,

Section 911.

## COUNT 3

On or about June 13, 2019, in or around Scott County, in the Northern Division of the

Southern District of Mississippi, and elsewhere, the defendant, **ANGELICA FAVIOLA SARAT-**

**GONON a/k/a Claudia Jannet Porras,** did knowingly possess, utter, use and attempt to use a

document prescribed by statute and regulation for evidence of authorized stay or employment in the United States, that is a Social Security Card, which card the defendant knew to be forged, counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Section 1546(a).

## COUNT 4

On or about June 13, 2019, in or around Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **ANGELICA FAVIOLA SARAT-GONON a/k/a Claudia Jannet Porras,** for the purpose of obtaining for herself, or any other person, anything of value from any person, or for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to her, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to her, in violation of Title 42, United States Code, Section 408(a)(7)(B).

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this, the _20th_ day of August, 2019.

UNITED STATES MAGISTRATE JUDGE

Page 2 of 2